SOUNDRA PANDIAN KANNAN
5675 Merit Way
Fremont, CA, 94538
soundarcse@gmail.com
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SOUNDRA PANDIAN KANNAN,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services, et al.,<br><br>Defendants. | Case No. 4:26-cv-02643-ASK<br><br>**STIPULATION AND ORDER RE: VOLUNTARY DISMISSAL OF THIS ENTIRE CASE**<br><br>Judge: Hon. Ajay Krishnan |

**STIPULATION**

Plaintiff, Pro Se, and Defendants, by and through their respective counsel, hereby stipulate and agree as follows:

**1. Explain the current status:**
Defendants filed a Motion to Dismiss. Pursuant to a prior court order, Plaintiff's current deadline to file an Opposition/Response to the Motion to Dismiss is August 3, 2026.

**2. Explain the reason for the change:**
Plaintiff wishes to conclude this litigation and voluntarily dismiss this action. The parties have agreed to end the matter via this stipulation.

**3. The parties agree as follows:**
The parties mutually agree and stipulate that this entire action, including all claims and all defendants, shall be dismissed without prejudice, with each side to bear its own costs and attorney's fees.

Dated: July 27, 2026

Respectfully submitted,

By: /s/ Soundra P. Kannan
SOUNDRA PANDIAN KANNAN
*Plaintiff, Pro Se*

Dated: July 27, 2026

CRAIG H. MISSAKIAN
United States Attorney

By: /s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
*Attorneys for Defendants*

**ORDER**

Pursuant to the parties' Stipulation, and good cause appearing, the Court orders the following:

This entire action, including all claims and all defendants, is hereby dismissed without prejudice, with each side to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: __August 11, 2026____

______________________________________
United States Magistrate Judge
HON. AJAY KRISHNAN